UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | Civil Action No. 3:03CV324 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| UNITED STATES CURRENCY $27,578.00, et al | : | |
| Defendants. | : | |

### AGREED ORDER AND DECREE OF FORFEITURE

It is hereby stipulated and AGREED by and between Plaintiff, United States of America, and Claimants Devron and DeCarlos Major, by and through their counsel, Jose Lopez, that (1) the Defendants,

    a.    United States Currency in the amount of $21,578.00 and
    b.    United States Currency in the amount of $3,200.00

shall be forfeited to the United States; (2) the United States shall return $6,000.00 to Claimants Devron and DeCarlos Major; (3) the Court will retain jurisdiction to enforce the terms of this Agreement; (4) Claimants Devron and DeCarlos Major release any and all claims which they may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action; and (5) upon entry of this Agreed Order and Decree of Forfeiture, this case shall be dismissed with prejudice, the parties to bear their costs, including any possible attorneys' fees, court costs, or other expenses of litigation; and therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendants
    a.    United States Currency in the amount of $21,578.00 and
    b.    United States Currency in the amount of $3,200.00,

and any interest that has accrued thereon, is hereby forfeited to the United States pursuant to 21 U.S.C. §881(a)(6); The United States shall return $6,000.00 to Claimants Devron and DeCarlos Major in the form of a check made payable to Jose Lopez and Devron and DeCarlos Major, 18 East Water Street, Troy, Ohio 45373; the custodian of the Defendant property shall dispose of that property; and that all claims and interests other than those specifically noted in this Order are forever foreclosed and barred.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above described forfeiture case is dismissed with prejudice.

April 24, 2006                              **s/Thomas M. Rose**

                                                    Thomas M. Rose
                                                    UNITED STATES DISTRICT COURT JUDGE

/s/Pamela M. Stanek                          /s/Jose Lopez
Pamela M. Stanek (#0030155)            Jose Lopez
Trial Attorney for Plaintiff                    Attorney for Devron and DeCarlos Major

United States of America